**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

MATIAS HERCOVICH MONTALBA,                    Case No. 1:26-cv-22554-KMM

      Plaintiff,

v.

EQUIFAX INFORMATION SERVICES,
LLC, and BMW FINANCIAL SERVICES
N.A., LLC,

      Defendants.

---

## JOINT STIPULATION TO STAY ACTION AS TO BMW ONLY PENDING ARBITRATION

**IT IS HEREBY STIPULATED AND AGREED** by and between the attorneys for Plaintiff Matias Hercovich Montalba ("Plaintiff") and Defendant BMW Financial Services NA, LLC ("BMW FS") that:

IT IS HEREBY ORDERED THAT:

1.     On or about April 13, 2026, Plaintiff filed the present action against BMW FS alleging violations of the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq.

2.     On or about April 29, 2026, BMW FS informed Plaintiff's counsel about the existence of an arbitration clause in a vehicle lease between BMW FS and Plaintiff which BMW FS contends governs the claims at issue in the present action.

3.     Arbitration will take place by the American Arbitration Association pursuant to its Consumer Arbitration Rules.

4.     Plaintiff reserves his right to challenge arbitrability with the Arbitrator.

5.     The claims asserted **against BMW FS** only shall be stayed in their entirety pending

HB: 4903-9457-8092.1
HB: 4903-9457-8092.2

the completion and resolution of the forthcoming arbitration.  The stay shall not apply to any other Defendant, other than BMW FS.

6.      In light of this stipulation to stay, Plaintiff and BMW FS agree that Plaintiff's and BMW FS' discovery obligations as to each other are suspended, and that any scheduling deadlines applying to Plaintiff's claims against BMW FS are stayed pending completion of the arbitration. This stay includes  BMW FS' deadline to file a response to Plaintiff's Complaint.

7.      Within 14 days of completion or dismissal of the arbitration of Plaintiff's individual claims against BMW FS, the Parties shall submit a report to the Court advising the Court of the outcome of the arbitration and whether this matter can be closed as to BMW FS.

| | |
|---|---|
| **CONSUMER JUSTICE LAW FIRM PLC** | **HUSCH BLACKWELL LLP** |
| *Attorneys for Plaintiff* | *Attorneys for Defendant BMW Financial Services NA, LLC* |
| */s/ Austin J. Griffin*_____ | |
| Austin James Griffin | */s/ Nicholas S. Agnello* |
| 8095 N. 85th Way | Nicholas S. Agnello (FL #90844) |
| Scottsdale, AZ 85258 | 1801 Pennsylvania Avenue, NW, Suite 1000 |
| Email:Agriffin@consumerjustice.com | Washington 20006-3606 |
| | 202.378.2300 |
| Dated: May 21, 2026 | 202.378.2319 (fax) |
| | Nick.Agnello@huschblackwell.com |
| | |
| | Dated: May 21, 2026 |

## **CERTIFICATE OF SERVICE**

I certify that on May 21, 2026, the foregoing was electronically filed with the Clerk of the

Court by using the CM/ECF system, which will send notice of electronic filing to:

Austin James Griffin
Consumer Justice Law Firm PLC
8095 N. 85th Way
Scottsdale, AZ 85258
Email:Agriffin@consumerjustice.com
*Attorneys for Plaintiff*

Paige Elizabeth Vacante
Seyfarth Shaw LLP
233 S. Wacker Drive
Chicago, IL 60606-6448
Email:Pvacante@seyfarth.com
*Attorneys for Defendant Equifax Information Services, LLC*

/s/ Nick Agnello
Nick Agnello

HB: 4903-9457-8092.1
HB: 4903-9457-8092.2