## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION

### Case No.: 1:26-cv-22554-KMM

MATIAS HERCOVICH MONTALBA,

        Plaintiff,

v.

EQUIFAX INFORMATION SERVICES, LLC,
and BMW FINANCIAL SERVICES N.A., LLC,
        Defendants.

### JOINT NOTICE OF SELECTION OF MEDIATOR

Pursuant to the Court's Order of Referral to Mediation (Dkt No. 22) directing the Parties to advise the Court on the selection of mediator. The Parties have conferred and selected mediator Greg Holder to conduct the mediation in this matter. The Parties have contacted Mr. Holder, who has agreed to mediate this matter.

RESPECTFULLY SUBMITTED this 2nd day of June 2026,

| | |
|---|---|
| */s/ Austin Griffin* | */s/ Paige Vacante* |
| Austin Griffin, FL #117740 | Paige Vacante, Bar No. 1019135 |
| CONSUMER JUSTICE LAW FIRM PLC | pvacante@seyfarth.com |
| 8095 N. 85th Way | SEYFARTH SHAW LLP |
| Scottsdale, AZ 85258 | 233 S. Wacker Drive |
| T: (305) 433-3252 | Chicago, IL 60606-6448 |
| F: (480) 613-7733 | Telephone: (312) 460-5000 |
| E: agriffin@consumerjustice.com | |
| | *Counsel for Defendant* |
| | *Equifax Information Services LLC* |
| *Attorneys for Plaintiff* | |
| *Matias Hercovich Montalba* | |

*Hercovich Montalba, Matias v Equifax*
*Information Services, LLC., et al*
Notice of Selection of Mediator

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 2, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Aaron Corral*

*Hercovich Montalba, Matias v Equifax*
*Information Services, LLC., et al*
Notice of Selection of Mediator